Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18–26704–JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carmen E Lozada
  34 Richardson Avenue
  Haledon, NJ 07508

Social Security No.:
  xxx–xx–0932

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

  You are hereby notified that the Clerk has determined that the

- [x] debtor
- [ ] joint debtor

received a discharge in case number 13–30088–NLW , commenced on 9/12/13. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

  Objections to this matter must be in writing and filed with the Clerk on or before September 13, 2018 at

                U.S. Bankruptcy Court
                MLK Jr Federal Building
                50 Walnut Street
                Newark, NJ 07102

  In the event a timely objection is filed, a hearing will be held before the Honorable Judge John K. Sherwood on:

DATE:          9/27/18
TIME:          11:00 a.m.
COURTROOM:  3D

Dated: August 23, 2018
JAN: smz

                                                          Jeanne Naughton
                                                          Clerk